**<u>IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>**

| | |
|---|---|
| IN RE: Shahzad Saleem <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 18-10300 AMC |

**<u>ENTRY OF APPEARANCE AND REQUEST FOR NOTICES</u>**

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                             Respectfully submitted,

                             **<u>/s/ Kevin G. McDonald, Esquire</u>**
                             Kevin G. McDonald, Esquire
                             KML Law Group, P.C.
                             701 Market Street, Suite 5000
                             Philadelphia, PA 19106-1532
                             (215) 627-1322 FAX (215) 627-7734