# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-10300-AMC

SHAHZAD SALEEM

1142 BINGHAM STREET

PHILADELPHIA, PA 19115

    Debtor

**CERTIFICATE OF SERVICE**

    **AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

    **Debtor(s), at the address listed, by first class mail.**
        SHAHZAD SALEEM

        1142 BINGHAM STREET

        PHILADELPHIA, PA 19115

    **Counsel for debtor(s), by electronic notice only.**
        DAVID J. AVERETT ESQ
        7719 CASTOR AVE

        PHILADELPHIA, PA 19152

    **Counsel for the United States Trustee, by electronic notice only.**
        Office of the U.S. Trustee
        Eastern District of Pennsylvania
        833 Chestnut Street, Suite 500
        Philadelphia, PA  19107

                /s/ William C. Miller

Date: 7/19/2018

                _____
                William C. Miller, Esquire
                Chapter 13 Standing Trustee