UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re: Shahzad Saleem**　　　　　　　　　　Case No. 18-10300

　　　　　**Debtor**　　　　　　　　　　　　　Chapter 13

## CERTIFICATE OF NO RESPONSE TO APPLICATION
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

David J. Averett, Esquire, attorney for Debtor, certifies that he did not receive a response to the above Application, nor was one filed with the Clerk of the Bankruptcy Court as of the date of this Certificate.

BY:

/s/ David J. Averett
DAVID J. AVERETT, ESQUIRE
7719 CASTOR AVENUE
PHIALDELPHIA, PA 19152
(215) 342-5024
ATTORNEY FOR DEBTOR
#43760