UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHAHZAD SALEEM                                Chapter 13

                    Debtor            Bankruptcy No. 18-10300-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __14th__ day of __November__, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID J. AVERETT ESQ
7719 CASTOR AVE

PHILADELPHIA, PA 19152


Debtor:
SHAHZAD  SALEEM

1142 BINGHAM STREET

PHILADELPHIA, PA 19115