UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Shahzad Saleem                    Case No. 18-10300

**Debtor**                               Chapter 13

ORDER

And Now, this      day of            , 2018, upon consideration of the Motion for Reconsider Dismissal of Bankruptcy, it is hereby Ordered that the Order dated November 14, 2018, dismissing Debtor's Bankruptcy Petition is hereby vacated and the case is reinstated.

**Date: January 8, 2019**

BY THE COURT:

_____
J.