United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-10300-amc
Shahzad Saleem                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore        Page 1 of 2        Date Rcvd: Jan 16, 2019
                            Form ID: 152           Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2019.
```
db             +Shahzad Saleem,    1142 Bingham Street,    Philadelphia, PA 19115-3726
14040996        Bank of America,    4060 Ogletown/Stanton Rd.,    Newark, DE 19713
14080969       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14041004        DSNB Macys,    911 Duke Blvd,    Mason, OH 45040
14043606       +David J. Averett, Esquire,    7719 Castor Ave, 2nd FL,    Philadelphia, PA 19152-3615
14128903       +Pennsylvania Housing Finance Agency,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14041000       +Raymour and Flanigan,    PO Box 14517,    Des Moines, IA 50306-3517
14041001       +WFF National Bank,    PO Box 94498,    Las Vegas, NV 89193-4498
14057161        Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines,    IA    50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jan 17 2019 05:33:23      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 17 2019 05:32:38
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 17 2019 05:33:03      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Jan 17 2019 05:33:23      City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 17 2019 05:34:59
                 Exeter Finance LLC, c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 17 2019 06:54:45      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14162088        E-mail/Text: megan.harper@phila.gov Jan 17 2019 05:33:23      City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
14040995       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 17 2019 05:34:58      Capital One/Best Buy,
                 PO Box 5253,    Carol Stream, IL 60197-5253
14194673       +E-mail/Text: megan.harper@phila.gov Jan 17 2019 05:33:23      City of Philadelphia Law Dept.,
                 Water Revenue Bureau,    c/o Pamela Elchert Thurmond, Esquire,    1401 JFK Boulevard, 5th Floor,
                 Philadelphia, Pa 19102-1663
14040998        E-mail/Text: mrdiscen@discover.com Jan 17 2019 05:32:03      Discover,    PO Box 15316,
                 Wilmington, DE 19850
14046424        E-mail/Text: mrdiscen@discover.com Jan 17 2019 05:32:03      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14041005       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Jan 17 2019 05:35:36      Exeter Finance,
                 PO Box 166097,    Irving, TX 75016-6097
14080231       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 17 2019 05:35:34      Exeter Finance LLC,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14042873       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 17 2019 05:34:58      Exeter Finance LLC,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14041002       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 17 2019 05:32:44      Midland Funding,
                 2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
14048689       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 17 2019 05:32:44      Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14040999       +E-mail/PDF: cbp@onemainfinancial.com Jan 17 2019 05:34:55      One Main,
                 100 International Drive 17th Floor,    Baltimore, MD 21202-4776
14040994       +E-mail/Text: blegal@phfa.org Jan 17 2019 05:32:48      PA Housing Finance Agency,
                 2101 N. Front St.,    Harrisburg, PA 17110-1086
14040997        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 17 2019 05:35:00
                 Portfolio Recovery Associates,    120 Corporate Blvd, Ste. 100,    Norfolk, VA 23502
14080521        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 17 2019 05:35:01
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
14041774       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 17 2019 05:35:35
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14160495       +E-mail/Text: blegal@phfa.org Jan 17 2019 05:32:48      Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14258013       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 17 2019 05:34:59
                 Wollemi Acquisitions, LLC c/o AIS Portfolio Servic,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 23
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0313-2           User: JEGilmore              Page 2 of 2                   Date Rcvd: Jan 16, 2019
                               Form ID: 152                 Total Noticed: 32
```

```
cr*            +Wollemi Acquisitions, LLC c/o AIS Portfolio Servic,    4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
14041003*       Bank Of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
                                                                                     TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2019                                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2019 at the address(es) listed below:
              DAVID J. AVERETT    on behalf of Debtor Shahzad  Saleem averettlaw@comcast.net
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Shahzad Saleem
    Debtor(s)

Case No: 18−10300−amc
Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 2/19/19 at 10:00 AM , in Courtroom #4, 900 Market Street, Philadelphia, PA 19107


    For The Court

    Timothy B. McGrath
    Clerk of Court

64
Form 152