UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Shahzad Saleem

Case No. 18-10300

**Debtor**

Chapter 13

## ORDER

And Now, this 12th day of Feb, 2019, upon consideration of Debtors' Motion to Avoid the Judicial Lien of Discover Bank, it is hereby Ordered and Decreed that the Judicial Lien of Discover Bank, in the amount of $ 3,746.92, entered on or about December 4, 2015 in the matter of Discover Bank v. Saleem Shahzad, in Philadelphia Municipal Court, No. SC-15-10-02-3270. is hereby avoided. The Prothonotary of the Philadelphia Municipal Court, is directed to satisfy the above Judicial Lien on the record. This Order is conditioned upon Debtor obtaining a discharge in the above captioned case.

BY THE COURT:

_____ J.