UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Shahzad Saleem

Case No. 18-10300

**Debtor**

Chapter 13

ORDER

And Now, this 12th day of Feb. , 2019, upon consideration of Debtors' Motion to Avoid the Judicial Lien of Portfolio Recovery Associates, LLC it is hereby Ordered and Decreed that the Judicial Lien of Portfolio Recovery Associates, LLC, in the amount of $ 3,807.92, entered on or about 7/13/2006 in the matter of Portfolio Recovery Associates , LLC v. Shahzad Saleem, in Philadelphia Municipal Court, No. SC-16-06-01-3197, is hereby avoided. The Prothonotary of the Municipal Court of Philadelphia County, PA is directed to satisfy the above Judicial Lien on the record. This Order is conditioned upon Debtor obtaining a discharge in the above captioned case.

BY THE COURT:

_____
J.