United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-10300-amc
Shahzad Saleem                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore         Page 1 of 1              Date Rcvd: Feb 14, 2019
                            Form ID: pdf900         Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2019.
db            +Shahzad Saleem,    1142 Bingham Street,    Philadelphia, PA 19115-3726

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: megan.harper@phila.gov Feb 15 2019 02:37:00     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 15 2019 02:36:35
               Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 15 2019 02:36:55     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             E-mail/Text: megan.harper@phila.gov Feb 15 2019 02:37:00     City of Philadelphia,
               Law Revenue Department,    c/o Pamela Elchert Thurmond,   1401 JFK Boulevard,
               5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 15 2019 02:42:27
               Exeter Finance LLC, c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
               Oklahoma City, OK 73118-7901
cr            +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2019 02:42:38     Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
cr            +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 15 2019 02:42:56
               Wollemi Acquisitions, LLC c/o AIS Portfolio Servic,    4515 N Santa Fe Ave. Dept. APS,
               Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2019 at the address(es) listed below:
              DAVID J. AVERETT    on behalf of Debtor Shahzad  Saleem averettlaw@comcast.net
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Shahzad Saleem

Case No. 18-10300

**Debtor**

Chapter 13

### ORDER

And Now, this ____ day of Feb , 2019, upon consideration of Debtors' Motion to Avoid the Judicial Lien of Discover Bank, it is hereby Ordered and Decreed that the Judicial Lien of Discover Bank, in the amount of $ 3,746.92, entered on or about December 4, 2015 in the matter of Discover Bank v. Saleem Shahzad, in Philadelphia Municipal Court, No. SC-15-10-02-3270, is hereby avoided. The Prothonotary of the Philadelphia Municipal Court, is directed to satisfy the above Judicial Lien on the record. This Order is conditioned upon Debtor obtaining a discharge in the above captioned case.

BY THE COURT:

_____ J.