United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                           Case No. 18-10300-amc
Shahzad Saleem                                                   Chapter 13
       Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: JEGilmore          Page 1 of 2          Date Rcvd: Mar 24, 2020
                              Form ID: pdf900          Total Noticed: 33
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2020.
```
db             +Shahzad Saleem,    1142 Bingham Street,    Philadelphia, PA 19115-3726
14040996        Bank of America,    4060 Ogletown/Stanton Rd.,    Newark, DE 19713
14080969       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
14041004        DSNB Macys,    911 Duke Blvd,    Mason, OH 45040
14043606       +David J. Averett, Esquire,    7719 Castor Ave, 2nd FL,    Philadelphia, PA 19152-3615
14128903       +Pennsylvania Housing Finance Agency,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14041000       +Raymour and Flanigan,    PO Box 14517,    Des Moines, IA 50306-3517
14041001       +WFF National Bank,    PO Box 94498,    Las Vegas, NV 89193-4498
14057161        Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines,    IA    50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Mar 25 2020 03:27:48     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 25 2020 03:27:35
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 25 2020 03:27:42     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Mar 25 2020 03:27:48     City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 25 2020 03:30:52
                 Exeter Finance LLC, c/o AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 25 2020 03:29:57     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14162088        E-mail/Text: megan.harper@phila.gov Mar 25 2020 03:27:48     City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
14040995       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 25 2020 03:32:02     Capital One/Best Buy,
                 PO Box 5253,    Carol Stream, IL 60197-5253
14194673       +E-mail/Text: megan.harper@phila.gov Mar 25 2020 03:27:48     City of Philadelphia Law Dept.,
                 Water Revenue Bureau,    c/o Pamela Elchert Thurmond, Esquire,    1401 JFK Boulevard, 5th Floor,
                 Philadelphia, Pa 19102-1663
14040998        E-mail/Text: mrdiscen@discover.com Mar 25 2020 03:27:25     Discover,    PO Box 15316,
                 Wilmington, DE 19850
14046424        E-mail/Text: mrdiscen@discover.com Mar 25 2020 03:27:25     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14041005       +E-mail/PDF: ais.exeter.ebn@americaninfosource.com Mar 25 2020 03:30:52     Exeter Finance,
                 PO Box 166097,    Irving, TX 75016-6097
14080231       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 25 2020 03:32:00     Exeter Finance LLC,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14042873       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 25 2020 03:30:51     Exeter Finance LLC,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14041002       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 25 2020 03:27:37     Midland Funding,
                 2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
14048689       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 25 2020 03:27:37     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14040999       +E-mail/PDF: cbp@onemainfinancial.com Mar 25 2020 03:30:47     One Main,
                 100 International Drive 17th Floor,    Baltimore, MD 21202-4776
14040994       +E-mail/Text: blegal@phfa.org Mar 25 2020 03:27:38     PA Housing Finance Agency,
                 2101 N. Front St.,    Harrisburg, PA 17110-1086
14040997        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 25 2020 03:32:03
                 Portfolio Recovery Associates,    120 Corporate Blvd, Ste. 100,    Norfolk, VA 23502
14080521        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 25 2020 03:30:54
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk, VA 23541
14041774       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 25 2020 03:32:02
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14160495       +E-mail/Text: blegal@phfa.org Mar 25 2020 03:27:38     Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14260252       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 25 2020 03:30:51
                 Wollemi Acquisitions, LLC,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14258013       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 25 2020 03:30:00
                 Wollemi Acquisitions, LLC c/o AIS Portfolio Servic,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 24
```

```
District/off: 0313-2          User: JEGilmore            Page 2 of 2              Date Rcvd: Mar 24, 2020
                              Form ID: pdf900            Total Noticed: 33

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Wollemi Acquisitions, LLC c/o AIS Portfolio Servic,    4515 N Santa Fe Ave. Dept. APS,
              Oklahoma City, OK 73118-7901
14041003*     Bank Of America,    4060 Ogletown/Stanton Rd,    Newark, DE 19713
                                                                                  TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 24, 2020 at the address(es) listed below:
              DAVID J. AVERETT    on behalf of Debtor Shahzad   Saleem averettlaw@comcast.net
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              KEVIN G. MCDONALD    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 7
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>SHAHZAD SALEEM | Chapter 13 |
| Debtor | Bankruptcy No. 18-10300-AMC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: March 24, 2020**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID J. AVERETT ESQ
7719 CASTOR AVE

PHILADELPHIA, PA 19152

Debtor:
SHAHZAD SALEEM

1142 BINGHAM STREET

PHILADELPHIA, PA 19115