UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

IN RE:  SHAHZAD SALEEM                          :  CHAPTER 13

          DEBTOR                                           :  BANKRUPTCY NO: 18-10300

_____

## CERTIFICATE OF NO RESPONSE

David J. Averett, Esquire, attorney for the debtor certifies that he did not receive a response, nor

was one filed with the Court to Debtor's Motion to Reconsider Dismissal Order.

BY:

/s/ David J. Averett, Esquire
_____
DAVID J. AVERETT, ESQUIRE
ATTORNEY FOR DEBTOR
#43760