UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  SHAHZAD SALEEM        : CHAPTER 13

    DEBTOR        : BANKRUPTCY NO: 18-10300

ORDER

And Now, this      day of              , 2020, upon consideration of the Motion for Reconsider Order Dismissing Bankruptcy dated March 24, 2020, the Order is hereby vacated and the bankruptcy petition is reinstated.

BY THE COURT

Date: June 16, 2020            _____
                                                                                             J.