United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 18-10300-mdc
Shahzad Saleem   Chapter 13
    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 3 |
| Date Rcvd: Dec 17, 2020 | Form ID: pdf900 | Total Noticed: 33 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shahzad Saleem, 1142 Bingham Street, Philadelphia, PA 19115-3726 |
| 14040996 | | Bank of America, 4060 Ogletown/Stanton Rd., Newark, DE 19713 |
| 14080969 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14041004 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, DSNB Macys, 911 Duke Blvd, Mason, OH 45040 |
| 14043606 | + | David J. Averett, Esquire, 7719 Castor Ave, 2nd FL, Philadelphia, PA 19152-3615 |
| 14128903 | + | Pennsylvania Housing Finance Agency, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14041000 | + | Raymour and Flanigan, PO Box 14517, Des Moines, IA 50306-3517 |
| 14041001 | + | WFF National Bank, PO Box 94498, Las Vegas, NV 89193-4498 |
| 14057161 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 18 2020 05:03:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 18 2020 05:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 18 2020 05:03:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: megan.harper@phila.gov | Dec 18 2020 05:03:00 | City of Philadelphia, Law Revenue Department, c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Dec 18 2020 04:56:33 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Dec 18 2020 04:56:27 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14162088 | | Email/Text: megan.harper@phila.gov | Dec 18 2020 05:03:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14040995 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 18 2020 04:51:38 | Capital One/Best Buy, PO Box 5253, Carol Stream, IL 60197-5253 |
| 14194673 | + | Email/Text: megan.harper@phila.gov | Dec 18 2020 05:03:00 | City of Philadelphia Law Dept., Water Revenue Bureau, c/o Pamela Elchert Thurmond, Esquire, 1401 JFK Boulevard, 5th Floor, Philadelphia, Pa 19102-1663 |

Case 18-10300-mdc   Doc 118   Filed 12/19/20   Entered 12/20/20 01:00:03   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 17, 2020 | Form ID: pdf900 | Total Noticed: 33 |

| | | | | |
|---|---|---|---|---|
| 14040998 | | Email/Text: mrdiscen@discover.com | Dec 18 2020 05:02:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 14046424 | | Email/Text: mrdiscen@discover.com | Dec 18 2020 05:02:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14041005 | + | Email/PDF: ais.exeter.ebn@americaninfosource.com | Dec 18 2020 04:51:41 | Exeter Finance, PO Box 166097, Irving, TX 75016-6097 |
| 14042873 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Dec 18 2020 04:46:52 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14080231 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Dec 18 2020 04:46:52 | Exeter Finance LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14041002 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 18 2020 05:03:00 | Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14048689 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 18 2020 05:03:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14040999 | + | Email/PDF: cbp@onemainfinancial.com | Dec 18 2020 04:56:28 | One Main, 100 International Drive 17th Floor, Baltimore, MD 21202-4776 |
| 14040994 | + | Email/Text: blegal@phfa.org | Dec 18 2020 05:03:00 | PA Housing Finance Agency, 2101 N. Front St., Harrisburg, PA 17110-1086 |
| 14040997 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 18 2020 04:51:40 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste. 100, Norfolk, VA 23502 |
| 14080521 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 18 2020 04:46:52 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14041774 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 18 2020 04:56:33 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14160495 | + | Email/Text: blegal@phfa.org | Dec 18 2020 05:03:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14260252 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Dec 18 2020 04:56:33 | Wollemi Acquisitions, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14258013 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Dec 18 2020 04:51:40 | Wollemi Acquisitions, LLC c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Wollemi Acquisitions, LLC c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14041003 | * | Bank Of America, 4060 Ogletown/Stanton Rd, Newark, DE 19713 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 3 of 3 |
| Date Rcvd: Dec 17, 2020 | Form ID: pdf900 | Total Noticed: 33 |

Date: Dec 19, 2020        Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2020 at the address(es) listed below:**

**Name**            **Email Address**

DAVID J. AVERETT
    on behalf of Debtor Shahzad Saleem averettlaw@comcast.net

JACK K. MILLER
    on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

KEVIN G. MCDONALD
    on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

LEON P. HALLER
    on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov karena.blaylock@phila.gov

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 7

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>SHAHZAD SALEEM | Chapter 13 |
| Debtor | Bankruptcy No. 18-10300-MDC |

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

December 17, 2020

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
DAVID J. AVERETT ESQ
7719 CASTOR AVE

PHILADELPHIA, PA 19152

Debtor:
SHAHZAD SALEEM

1142 BINGHAM STREET

PHILADELPHIA, PA 19115