UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

-----------------------------------------------------------

In re: Shahzad Saleem                                     :         Chapter 13
        Debtor
                                                 :         NO. 18-10300

-----------------------------------------------------------

**CERTIFICATE OF NO RESPONSE TO MOTION
TO REINSTATE BANKRUPTCY PETITION**

    I, David J. Averett, Esquire, attorney for Debtor, upon my oath according to law, hereby certify that no response was filed to the Debtor's Motion to Reconsider Dismissal and Reinstate Bankruptcy Petition, nor was one served upon myself or the debtor.

DATED: 2/4/21                                    BY:  /s/ David J. Averett, Esquire_
                                                                   Attorney for Debtor