## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:  Shahzad Saleem**                              Case No. 18-10300

**Debtor**                                               Chapter 13

### ORDER

And Now, this 12th day of February, 2021, upon consideration of the Motion to Reconsider Dismissal of Bankruptcy, it is hereby Ordered that the Order dated December 17, 2020 dismissing Debtor's bankruptcy is vacated and the case is reinstated.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE