United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Shahzad Saleem

    Debtor

Case No. 18-10300-mdc

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 12, 2021 | Form ID: pdf900 | Total Noticed: 33 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shahzad Saleem, 1142 Bingham Street, Philadelphia, PA 19115-3726 |
| 14040996 | | Bank of America, 4060 Ogletown/Stanton Rd., Newark, DE 19713 |
| 14080969 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14041004 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, DSNB Macys, 911 Duke Blvd, Mason, OH 45040 |
| 14043606 | + | David J. Averett, Esquire, 7719 Castor Ave, 2nd FL, Philadelphia, PA 19152-3615 |
| 14128903 | + | Pennsylvania Housing Finance Agency, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14041000 | + | Raymour and Flanigan, PO Box 14517, Des Moines, IA 50306-3517 |
| 14041001 | + | WFF National Bank, PO Box 94498, Las Vegas, NV 89193-4498 |
| 14057161 | | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 13 2021 01:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 13 2021 00:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 13 2021 00:42:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: megan.harper@phila.gov | Feb 13 2021 01:39:00 | City of Philadelphia, Law Revenue Department, c/o Pamela Elchert Thurmond, 1401 JFK Boulevard, 5th Floor, Municipal Services Bldg, Philadelphia, PA 19102 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Feb 13 2021 01:51:46 | Exeter Finance LLC, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Feb 13 2021 01:51:46 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14162088 | | Email/Text: megan.harper@phila.gov | Feb 13 2021 01:39:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14040995 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 13 2021 01:50:31 | Capital One/Best Buy, PO Box 5253, Carol Stream, IL 60197-5253 |
| 14194673 | + | Email/Text: megan.harper@phila.gov | Feb 13 2021 01:39:00 | City of Philadelphia Law Dept., Water Revenue Bureau, c/o Pamela Elchert Thurmond, Esquire, 1401 JFK Boulevard, 5th Floor, Philadelphia, Pa 19102-1663 |

| 14040998 | Email/Text: mrdiscen@discover.com | | |
| | | Feb 13 2021 00:41:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 14041004 | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | Feb 13 2021 01:50:48 | DSNB Macys, 911 Duke Blvd, Mason, OH 45040 |
| 14046424 | Email/Text: mrdiscen@discover.com | | |
| | | Feb 13 2021 00:41:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14041005 | + Email/PDF: ais.exeter.ebn@americaninfosource.com | | |
| | | Feb 13 2021 01:51:47 | Exeter Finance, PO Box 166097, Irving, TX 75016-6097 |
| 14042873 | + Email/PDF: acg.acg.ebn@americaninfosource.com | | |
| | | Feb 13 2021 01:51:46 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14080231 | + Email/PDF: acg.acg.ebn@americaninfosource.com | | |
| | | Feb 13 2021 01:52:58 | Exeter Finance LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14041002 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Feb 13 2021 00:42:00 | Midland Funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 14048689 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Feb 13 2021 00:42:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14040999 | + Email/PDF: cbp@onemainfinancial.com | | |
| | | Feb 13 2021 01:51:46 | One Main, 100 International Drive 17th Floor, Baltimore, MD 21202-4776 |
| 14040994 | + Email/Text: blegal@phfa.org | | |
| | | Feb 13 2021 00:42:00 | PA Housing Finance Agency, 2101 N. Front St., Harrisburg, PA 17110-1086 |
| 14040997 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Feb 13 2021 01:52:58 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste. 100, Norfolk, VA 23502 |
| 14080521 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Feb 13 2021 01:50:32 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14041774 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Feb 13 2021 01:51:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14160495 | + Email/Text: blegal@phfa.org | | |
| | | Feb 13 2021 00:42:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14260252 | + Email/PDF: acg.acg.ebn@americaninfosource.com | | |
| | | Feb 13 2021 01:50:31 | Wollemi Acquisitions, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14258013 | + Email/PDF: acg.acg.ebn@americaninfosource.com | | |
| | | Feb 13 2021 01:50:31 | Wollemi Acquisitions, LLC c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Wollemi Acquisitions, LLC c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14041003 | * | Bank Of America, 4060 Ogletown/Stanton Rd, Newark, DE 19713 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the

District/off: 0313-2                                 User: admin                                                    Page 3 of 3

Date Rcvd: Feb 12, 2021                          Form ID: pdf900                                          Total Noticed: 33

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2021                          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2021 at the address(es) listed
below:**

| Name | Email Address |
|---|---|
| DAVID J. AVERETT | on behalf of Debtor Shahzad Saleem averettlaw@comcast.net |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| KEVIN G. MCDONALD | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |
| PAMELA ELCHERT THURMOND | on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov  karena.blaylock@phila.gov |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 7

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**In re:  Shahzad Saleem**                                    Case No. 18-10300

         **Debtor**                                    Chapter 13

ORDER

And Now, this  12th day of          February        , 2021, upon consideration of the Motion to

Reconsider Dismissal of Bankruptcy, it is hereby Ordered that the Order dated December 17,

2020 dismissing Debtor's bankruptcy is vacated and the case is reinstated.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE