# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

**In re: Shahzad Saleem**                                          Case No. 18-10300

      **Debtor**                                                                           Chapter 13

_____

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Debtor, Shahzad Saleem, has filed a Motion to Reconsider Order For Relief from Automatic Stay entered on July 2, 2021, in the above captioned case.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before July 30, 2021, you or your attorney must do all of the following:

(a) file an answer explaining your position at

Clerk's Office, U.S. Bankruptcy Court, The Robert Nix Building, 900 Market Street, Philadelphia, PA 19107.

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the movant's attorney:

    David J. Averett, Esquire
    7719 Castor Avenue, 2nd Floor
    Philadelphia, PA 19152
    Tel: (215) 342-5024
    Fax: (215) 742-2464

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Magdaline D. Coleman, on August 10, 2021 at 10:30 a.m., in Courtroom # 2, United States Bankruptcy Court, 900 Market Street, Second Floor, Philadelphia, PA 19107.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney names in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out if the hearing has been cancelled because no one filed an answer.

Date: July 10, 2021