# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 18-10300-MDC

SHAHZAD  SALEEM

1142 BINGHAM STREET

PHILADELPHIA, PA 19115

        Debtor

## <u>CERTIFICATE OF SERVICE</u>

      **AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SHAHZAD  SALEEM

1142 BINGHAM STREET

PHILADELPHIA, PA 19115

Counsel for debtor(s), by electronic notice only.

DAVID J. AVERETT ESQ
7719 CASTOR AVE

PHILADELPHIA, PA 19152

Date: 12/22/2021

/S/ Kenneth E. West

_____

Kenneth E. West, Esquire
Chapter 13 Standing Trustee