# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-10300-MDC

SHAHZAD SALEEM

1142 BINGHAM STREET

PHILADELPHIA, PA 19115

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SHAHZAD SALEEM

1142 BINGHAM STREET

PHILADELPHIA, PA 19115

Counsel for debtor(s), by electronic notice only.

    DAVID J. AVERETT ESQ
    7719 CASTOR AVE

    PHILADELPHIA, PA 19152-

Date: 9/27/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee