Certificate Number: 15317-PAE-DE-037730727

Bankruptcy Case Number: 18-10300



15317-PAE-DE-037730727

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 2, 2023, at 7:51 o'clock AM PDT, Shahzad Saleem completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  September 2, 2023      By:    /s/Carlo Gollayan

Name:  Carlo Gollayan

Title:  Counselor