United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-10300-mdc |
| Shahzad Saleem | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Sep 05, 2023 | Form ID: 138OBJ | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol   Definition**
+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shahzad Saleem, 1142 Bingham Street, Philadelphia, PA 19115-3726 |
| 14043606 | + | David J. Averett, Esquire, 7719 Castor Ave, 2nd FL, Philadelphia, PA 19152-3615 |
| 14128903 | + | Pennsylvania Housing Finance Agency, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14041001 | + | WFF National Bank, PO Box 94498, Las Vegas, NV 89193-4498 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 06 2023 02:50:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 06 2023 02:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14040996 | | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 06 2023 02:49:00 | Bank of America, 4060 Ogletown/Stanton Rd., Newark, DE 19713 |
| 14080969 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Sep 06 2023 02:49:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14162088 | | Email/Text: megan.harper@phila.gov | Sep 06 2023 02:50:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14040995 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 06 2023 02:50:56 | Capital One/Best Buy, PO Box 5253, Carol Stream, IL 60197-5253 |
| 14194673 | + | Email/Text: megan.harper@phila.gov | Sep 06 2023 02:50:00 | City of Philadelphia Law Dept., Water Revenue Bureau, c/o Pamela Elchert Thurmond, Esquire, 1401 JFK Boulevard, 5th Floor, Philadelphia, Pa 19102-1663 |
| 14040998 | | Email/Text: mrdiscen@discover.com | Sep 06 2023 02:49:00 | Discover, PO Box 15316, Wilmington, DE 19850 |
| 14041004 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 06 2023 02:50:55 | DSNB Macys, 911 Duke Blvd, Mason, OH 45040 |
| 14046424 | | Email/Text: mrdiscen@discover.com | Sep 06 2023 02:49:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14041005 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Sep 06 2023 02:50:58 | Exeter Finance, PO Box 166097, Irving, TX 75016-6097 |
| 14042873 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 06 2023 02:50:58 | Exeter Finance LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14080231 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 06 2023 02:50:54 | Exeter Finance LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14041002 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 06 2023 02:49:00 | Midland Funding, 2365 Northside Drive, Suite |

Case 18-10300-mdc   Doc 169   Filed 09/07/23   Entered 09/08/23 00:32:19   Desc
Imaged Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 05, 2023 | Form ID: 138OBJ | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| | | | | 300, San Diego, CA 92108-2710 |
| 14048689 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 06 2023 02:49:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14040999 | + | Email/PDF: cbp@omf.com | Sep 06 2023 02:50:56 | One Main, 100 International Drive 17th Floor, Baltimore, MD 21202-4776 |
| 14040994 | + | Email/Text: blegal@phfa.org | Sep 06 2023 02:49:00 | PA Housing Finance Agency, 2101 N. Front St., Harrisburg, PA 17110-1086 |
| 14040997 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 06 2023 02:50:56 | Portfolio Recovery Associates, 120 Corporate Blvd, Ste. 100, Norfolk, VA 23502 |
| 14080521 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 06 2023 02:50:54 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14041774 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 06 2023 02:50:58 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14160495 | + | Email/Text: blegal@phfa.org | Sep 06 2023 02:49:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14041000 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 06 2023 02:50:56 | Raymour and Flanigan, PO Box 14517, Des Moines, IA 50306-3517 |
| 14057161 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 06 2023 02:50:58 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14260252 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 06 2023 02:50:58 | Wollemi Acquisitions, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14258013 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 06 2023 02:50:56 | Wollemi Acquisitions, LLC c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14041003 | * | Bank Of America, 4060 Ogletown/Stanton Rd, Newark, DE 19713 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 07, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Sep 05, 2023 | Form ID: 138OBJ | Total Noticed: 29

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Pennsylvania Housing Finance Agency bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

DAVID J. AVERETT
    on behalf of Debtor Shahzad Saleem averettlaw@comcast.net

JACK K. MILLER
    on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
    on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

LEON P. HALLER
    on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com
    dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MARK A. CRONIN
    on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com

PAMELA ELCHERT THURMOND
    on behalf of Creditor City of Philadelphia pamela.thurmond@phila.gov edelyne.jean-baptiste@phila.gov

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Shahzad Saleem

        Debtor(s)

Case No: 18−10300−mdc

Chapter: 13

---

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/5/23